PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jeffrey Allen Delcastillo**

**Docket No. 0:01CR00335-2(JMR)**

**Petition on Probation**

COMES NOW **Lesley I. Parsons**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jeffrey Allen Delcastillo** who was sentenced on November 6, 2003, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.

On July 19, September 13, and October 18, 2004, the defendant submitted urine samples that tested positive for the presence of methamphetamine. He failed to report as directed for testing on August 2, 13, 18, 27, 2004; September 20, 2004; and October 22 and 29, 2004.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This condition will replace the previous condition that ordered 90 days of home detention.

ORDER OF THE COURT

Considered and ordered this 10th day of November 2004, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

c: USSC

Respectfully,

Lesley I. Parsons
U.S. Probation Officer

Place Minneapolis
Date November 5, 2004

SCANNED
NOV 12 2004
U.S. DISTRICT COURT MPLS