PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jeffrey Allen Delcastillo**

**Docket No. 0:01CR00335-002(JMR)**

**Petition on Probation**

RECEIVED
JAN 25 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jeffrey Allen Delcastillo** who was sentenced on November 6, 2003, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare
25 hours community service (modified August 18, 2004)
90 days community corrections (modified November 10, 2004)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.

On December 29, 2005, the defendant tested positive for the presence of cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 24th day of January, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

Respectfully,

Karen L. Godin
U.S. Probation Officer

Place Minneapolis
Date January 23, 2006

c: U.S. Sentencing Commission

SCANNED
JAN 25 2006
U.S. DISTRICT COURT MPLS