Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jeffrey Allen Delcastillo

Docket No. 01CR00335-002

**HEARING WAIVER**

I, Jeffrey Allen Delcastillo, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: ______________________
Jeffrey Allen Delcastillo
Probationer

Witness: ______________________
Karen L. Godin
U.S. Probation Officer

Dated: 1-13-06

SCANNED
JAN 25 2006
U.S. DISTRICT COURT MPLS