PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jeffrey Allen Delcastillo**

**Docket No. 0:01CR00335-002(JMR)**

**Petition on Probation**

RECEIVED
APR 6 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jeffrey Allen Delcastillo** who was sentenced for Conspiracy to Distribute Methamphetamine on November 6, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances are illegally sold, used, distributed, or administered.

On March 21, 2006, the defendant tested positive for the use of methamphetamine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 5th day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

For
Karen L. Godin
U.S. Probation Officer

Executed on April 4, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
APR 7 2006
U.S. DISTRICT COURT MPLS