Prob 49

RECEIVED
APR 6 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jeffrey Allen Delcastillo

Docket No. 01CR00335-002 (JMR)

## HEARING WAIVER

I, Jeffrey Allen Delcastillo, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: ______________________
Jeffrey Allen Delcastillo
Probationer

Dated: 4-3-06

Witness: ______________________, Amy E. West
Karen L. Godin
U.S. Probation Officer

SCANNED
APR 7 2006
U.S. DISTRICT COURT MPLS