PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jeffrey Allen Delcastillo**

**Docket No. 0:01CR00335-002(JMR)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jeffrey Allen Delcastillo** who was sentenced for Conspiracy to Distribute Methamphetamine on November 6, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare
25 hours community service (modified August 18, 2004)
90 days of home detention (modified September 23, 2004)
90 days in a community corrections center to replace the order for home detention (modified November 10, 2004)
24 hours of community service work (modified on January 26, 2004)
60 days of electronic monitoring (modified April 5, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On July 31, 2007, the Northwest Drug Taskforce executed a search warrant at the defendant's home based on information received from a concerned citizen. During this search, the following items were found: a plastic bag which field tested positive for cocaine, a plastic bag with a small amount of marijuana (total weight 6 grams), and one round of ammunition.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

SCANNED
OCT 31 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 30th day of October, 2007, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
Senior U.S. Probation Officer
Telephone: 612-664-5373

Executed on October 29, 2007
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission