Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jeffrey Allen Delcastillo

Docket No. 0:01CR00335-002

# HEARING WAIVER

I, Jeffrey Allen Delcastillo, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my Probation supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

Signed: ______________________
Jeffrey Allen Delcastillo
Supervised releasee

Witness: ______________________
Karen L. Godin
U.S. Probation Officer

Dated: 10/23/07

SCANNED
OCT 31 2007
U.S. DISTRICT COURT MPLS